**Richard D. JASPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49287.**

Missouri Court of Appeals,
Western District.

Jan. 31, 1995.

Judith C. LaRose, Office of the State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

***ORDER***

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Dennis Allen WRAY, Appellant.**

**No. WD 49393.**

Missouri Court of Appeals,
Western District.

Jan. 31, 1995.

Jerome Y. Biggs, Jr., Savannah, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and
KENNEDY and BERREY, JJ.

***ORDER***

PER CURIAM.

Appeal from jury conviction of possession of over 35 grams of marijuana and subsequently imposed six year sentence.

Affirmed. Rule 30.25(b).